UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MBS SORRENTO FIELD INTEREST, LLC
AND HUGH B. O'CONNOR

CIVIL ACTION

VERSUS

16-833-SDD-RLB

MOTIVA ENTERPRISES, LLC

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 5, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] shall be granted and this action shall be remanded to the 23rd Judicial District Court, Ascension Parish, Louisiana.

Baton Rouge, Louisiana the 7 day of February, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 8.
[3] Rec. Doc. 3.